**RECEIVABLE MANAGEMENT SERVICES**
www.rmsna.com

**R·M·S**

P.O. Box 523, 4836 Brecksville Rd. Richfield, Ohio 44286
Tel: 330.659.1000
Fax: 330.659.5401

FILED

2011 JUL 18  P 2: 44

CLERK
US BANKRUPTCY COURT
ALEXANDRIA DIVISION

7/13/2011

Eastern District of Virginia
c/o U. S. Bankruptcy Court Clerk
200 S Washington Street Ste 100
Alexandria, VA 22314-5404

Dear Clerk:

Our office has received attached notification(s) of bankruptcy. We are unable to identify a claim for the attached debtor. Please provide us with additional information such as a RMS claim number, the debtor's phone number or creditor's name, account number, schedule F and/or any other information you might have that would help us locate the account. Please supply this information and return this document to the address indicated below.

Receivable Management Services
4836 Brecksville Rd
PO Box 523
Richfield, OH 44286

RMS is unable to suspend collection actions without the creditors's name and accurate account/ claim number.

Thank you.
Receivable Management Services

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)     Case Number 11-14274-SSM

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Virginia

### Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on June 8, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Tammy L Henry
fka Tammy Harlow Thomson, fka Tammy L Harlow
13550 Heathcote Boulevard
No. 436
Gainesville, VA 20155

| | |
|---|---|
| Case Number: 11-14274-SSM<br>Office Code: 1 | Last four digits of Social-Security or Individual Taxpayer-ID(ITIN) No(s)./Complete EIN:<br>-9688 |
| Attorney for Debtor(s) (name and address):<br>Scott Alan Weible<br>Scott Alan Weible, P.L.L.C.<br>The Haymarket Professional Building<br>14540 John Marshall Highway, Suite 201<br>Gainesville, VA 20155-1693<br>Telephone number: (703) 754-2092 | Bankruptcy Trustee (name and address):<br>Donald F. King<br>9302 Lee Highway, Suite 1100<br>Fairfax, VA 22030<br>Telephone number: (703) 218-2100 |

### Meeting of Creditors

Date: **July 18, 2011**     Time: **11:00 AM**
Location: **115 South Union Street, Suite 206, Alexandria, VA 22314**

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:**
**September 16, 2011**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| Address of the Bankruptcy Clerk's Office:<br>200 South Washington Street<br>Alexandria, VA 22314 | **For the Court**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| VCIS 24-hour case information:<br>Toll Free 1-800-326-5879 | Date: June 9, 2011 |